Andrew D. Wright, #8857
Chet W. Neilson, #13561
STRONG & HANNI
9350 South 150 East, Suite #500
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
cneilson@strongandhanni.com
*Attorneys for Defendant*

---

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| JEANNINE STEVENS,<br><br>              Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>              Defendant. | **PETITION FOR REMOVAL**<br><br>Civil No.:<br><br>Judge: |

Defendant State Farm Fire & Casualty Company, by and through its counsel, hereby petitions for removal of the above-entitled action from the Second Judicial District Court of Weber County, State of Utah, to the United States District Court for the District of Utah, Northern Division. By this petition, Defendant gives notice of the removal of this action. This removal is made pursuant to 28 U.S.C. § 1441 and § 1446 and is proper and appropriate based upon the following:

1.      On June 7, 2024, Defendant State Farm was served with the Summons and Complaint in an action entitled *Stevens. v. State Farm Fire & Casualty Company,* Civil No. 240904118, in the Second Judicial District Court in and for Weber County, State of Utah. A copy

of the summons and complaint is attached to this petition as Exhibit "A."

2.      Pursuant to Local Rule 81-2(b)(2), a current copy of the state court docket sheet is attached as Exhibit "B."

3.      Pursuant to Local Rule 81-2(b)(3), the state court has not yet issued a scheduling order or notice of event due dates.

4.      Pursuant to Local Rule 81-2(a)(2)(A)(i), the Complaint alleges that Plaintiff is a resident of Weber County, State of Utah.  On information and belief, Plaintiff is domiciled in Weber County, Utah and is not a citizen of any other state.

5.      Pursuant to Local Rule 81-2(a)(2)(A)(i), Defendant State Farm is an Illinois incorporated insurance company with its principal place of business in Bloomington, Illinois, such that, for diversity purposes, State Farm is a citizen of Illinois and not Utah.

6.      Removal of this action is proper under 28 U.S.C. § 1441(b).  This Court has diversity jurisdiction over this matter as defendant State Farm is a foreign corporation, and Plaintiff is a resident of and domiciled in the State of Utah.  In addition, Plaintiff is seeking damages in an amount in excess of $75,000.   The Complaint seeks damages of "at least $54,219.57, plus public adjuster costs, attorney fees, costs, and interest."  The attorney fee sought is $18,976.81.  The public adjuster fee sought is at least $5,421.96.

7.      This Notice of Removal is filed within thirty (30) days after service of the Complaint, as required by 28 U.S.C. § 1441(b), and the removal is proper based upon diversity of citizenship of the parties.  Accordingly, the requirements of 28 U.S.C. § 1441(a) are met.

DATED this 26th day of June 2024.

STRONG & HANNI

*/s/ Andrew D. Wright*

By

Andrew D. Wright
Chet W. Neilson
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2024, a true and correct copy of the foregoing

**PETITION FOR REMOVAL** was served by the method indicated below, to the following:

| | |
|---|---|
| Ryan M. Nord | (  )  U.S. Mail, Postage Prepaid |
| Sage Law Partners | (  )  Hand Delivery |
| 140 No. Union Ave., Suite 200 | (  )  Overnight Mail |
| Farmington, UT 84025 | (  )  E-mail |
| rnord@sagelawpartners.com | (X)  E-filing Notification |
| lstott@sagelawpartners.com | |
| *Attorneys for Plaintiff* | |

*/s/ Heidi McEwen*

014409.00131

-3-